Rob Bonta
Attorney General of California
Preeti K. Bajwa
Supervising Deputy Attorney General
Janet N. Chen
Deputy Attorney General
State Bar No. 283233
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7319
  Fax: (916) 324-5205
  E-mail: Janet.Chen@doj.ca.gov
*Attorneys for Defendants*
Bloise, Davis, Diaz, Duke, Feston, Franco, Haub, and Taylor

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| C. JAY SMITH, et al.,<br><br>                      Plaintiff,<br><br>v.<br><br>R. DIAZ, et al.,<br><br>                      Defendants. | 4:20-cv-04335-HSG<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Judge:      Hon. Haywood S. Gilliam, Jr.<br>Trial Date:  None set<br>Action Filed: June 29, 2020 |

    Under Local Rule 6-2, Plaintiff C. Jay Smith and Defendants Bloise, Davis, Diaz, Duke, Feston, Franco, Haub, and Taylor (collectively "the Parties"), by and through their undersigned counsel stipulate and agree as follows:

    On March 16, 2021, Defendants requested a first extension of time to respond to Plaintiff's complaint. This request was based on Defendants' counsel's workload, the need to resolve service issues, and to determine whether the Attorney General's Office would represent the Defendants. However, prior to the deadline to respond to the Complaint, Defendants' counsel determined that the Complaint had not yet been screened and requested screening.

1

Joint Stip. & Order to Extend Deadline Defs. File Resp. Pleading Pl.'s Compl. (4:20-cv-04335-HSG

1. The Court granted the request for screening, and ordered Defendants to file a response within 21 days, or by June 11, 2021.

2. Since that time, Defendants' counsel has reviewed the Complaint and determined that there are grounds for a motion to dismiss. On June 9, 2021, Defendants' counsel contacted Plaintiff's counsel by email to provide some of the proposed grounds for a motion to dismiss and, to schedule a meet-and-confer to discuss the Complaint and grounds for a motion to dismiss. That meet-and-confer is scheduled for June 14, 2021.

3. Upon completion of the meet-and-confer process, which the parties hope to complete by June 18, 2021, the defendants anticipate they will need two weeks from June 18, 2021, up to and including July 2, 2021 for either (1) Defendants' to prepare and file a responsive pleading to Plaintiff's Complaint, or (2) for Plaintiff to file an Amended Complaint.

4. In view of these circumstances, the Parties believe good cause exists and so stipulate to a twenty-one day extension of time, up to and including July 2, 2021, for Defendants to file a responsive pleading or, in the alternative, for Plaintiff to file an Amended Complaint by this date.

5. If Defendants file a motion to dismiss to the current operative complaint, the Parties further stipulate that Plaintiff may have a reciprocal extension of time for her to file her opposition to the motion. Absent good cause, Defendants will submit their reply brief seven days after service of the opposition.

**IT IS SO STIPULATED.**

Dated: June 11, 2021

*/s/ Janet N. Chen*
Janet N. Chen
Deputy Attorney General
*Attorney for Defendants*
*Bloise, Davis, Diaz, Duke, Feston, Franco, Haub, and Taylor*

Dated: June 11, 2021

*/s/ Jennifer Orthwein*
Jennifer Orthwein
Medina Orthwein LLP
*Attorney for Plaintiff Smith*

2

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, Janet N. Chen, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of June 2021, at Sacramento, California.

*/s/ Janet N. Chen*
Janet N. Chen

3

Joint Stip. & Order to Extend Deadline Defs. File Resp. Pleading Pl.'s Compl.  (4:20-cv-04335-HSG

# ORDER

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED THAT**:

The time for Defendants to file a responsive pleading to Plaintiff's Complaint is extended by twenty-one (21) days, up to and including, July 2, 2021.

In the alternative, Plaintiff may file an Amended Complaint, in which case Plaintiff will file the Amended Complaint by July 2, 2021. Upon the filing of an Amended Complaint, all prior dates will be vacated. This Court will screen Plaintiff's Amended Complaint and, upon recognition of cognizable claims, will issue a new Scheduling Order.

Dated: June 14, 2021

HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

SA2021400482
35192384.docx

4

Joint Stip. & Order to Extend Deadline Defs. File Resp. Pleading Pl.'s Compl.  (4:20-cv-04335-HSG