IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **C. JAY SMITH, et al.,**<br><br>Plaintiff,<br><br>v.<br><br>**R. DIAZ, et al.,**<br><br>Defendants. | 4:20-cv-04335-HSG<br><br>**ORDER GRANTING DEFENDANTS DUKE, FRANCO, AND TAYLOR'S ADMINISTRATIVE MOTION TO STAY RESPONSIVE PLEADING DEADLINE** |

Defendant Duke, Franco, and Taylor have moved under Northern District Civil Local Rules 6-3 and 7-11 to stay the deadline for them to file a responsive pleading. Having reviewed the administrative motion to stay the responsive pleading deadline and the declaration of Janet N. Chen in support thereof, and good cause appearing, the Court GRANTS the request:

The responsive deadline for Defendants Duke, Franco, and Taylor is stayed until 14 days after the Court rules on the pending (12)(b)(6) motion to dismiss filed by Defendants Diaz, Davis, Feston, Haub, and Bloise.

**IT IS SO ORDERED.**

Dated: 7/19/2021

The Honorable Haywood S. Gilliam, Jr.

1

Order Granting Defs' Admin. Mot. to Stay Responsive Pleading Deadline (4:20-cv-04335-HSG)