Felicia Medina (SBN 255804)
fmedina@medinaorthwein.com
Jennifer Orthwein (SBN 255196)
jorthwein@medinaorthwein.com
Shauna Madison (SBN 299585)
smadison@medinaorthwein.com
MEDINA ORTHWEIN LLP
230 Grand Avenue, Suite 201
Oakland, CA 94610
Telephone: (510) 823-2040
Facsimile: (510) 217-3580

*Attorneys for Plaintiff C. Jay Smith*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISON

| | |
|---|---|
| C. JAY SMITH (a/k/a CARY KEETON SMITH),<br><br>**Plaintiff,**<br><br>v.<br><br>RALPH DIAZ; RON DAVIS; T. DUKE; R. FESTON; B. HAUB; M. BLOISE; Y. FRANCO; and M. TAYLOR,<br><br>**Defendants.** | Case No. 4:20-cv-04335-HSG<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO OPPOSE DEFENDANTS' MOTION TO DISMISS**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Trial Date: Not Set<br>Action Filed: June 29, 2020 |

Under Local Rule 6-2, Plaintiff C. Jay Smith ("Plaintiff") and Defendants Diaz, Davis, Duke, Feston, Haub, Bloise, Franco, and Taylor (collectively "Defendants"), by and through their respective counsel of record, hereby stipulate and jointly request as follows:

WHEREAS, on March 17, 2021, Defendants requested, through a joint stipulation, a first extension of time of sixty (60) days to respond to Plaintiff's complaint (ECF No. 15);

WHEREAS, on May 21, 2021, the Court ordered Defendants to file a response within twenty-one (21) days (ECF No. 19);

WHEREAS, on June 9, 2021, Defendants' counsel contacted Plaintiff's counsel by email and

requested an extension of time to respond to Plaintiff's complaint;

WHEREAS, on June 10, 2021, the Parties met and conferred telephonically about Defendants' request for an extension of time to respond to Plaintiff's complaint. As a result of the meet and confer process, the Parties agreed to extend Defendants' deadline to respond to Plaintiff's complaint by twenty-one (21) days and to reciprocally extend Plaintiff's deadline to oppose Defendants' motion to dismiss by twenty-one (21) days, in the event that Defendants file a motion to dismiss. Plaintiff's counsel's request for an extension of time was based on the additional barriers Plaintiff's counsel face to communicate with Plaintiff due to the nature of incarceration;

WHEREAS, on June 11, 2021, Defendants requested, through a joint stipulation, a second extension of time of twenty-one (21) days for Defendants to respond to Plaintiff's complaint and a reciprocal extension for Plaintiff to oppose Defendants' motion to dismiss, in the event that Defendants file a motion to dismiss (ECF No. 23);

WHEREAS, on June 14, 2021, the Court granted Defendants' second extension of time of twenty-one (21) days to respond to Plaintiff's complaint (ECF No. 24);

WHEREAS, on July 2, 2021, Defendants filed a Motion to Dismiss Certain Defendants and Claims in Plaintiff's Complaint (ECF No. 25);

WHEREAS, the Parties believe good cause exists to extend Plaintiff's deadline to oppose Defendants' Motion to Dismiss Certain Defendants and Claims in Plaintiff's Complaint;

WHEREAS, the Parties previously agreed to a reciprocal extension of time to respond to Defendants' Motion to Dismiss Certain Defendants and Claims in Plaintiff's Complaint during the June 10, 2021 telephonic meet and confer; and

WHEREAS, the Parties do not believe that the twenty-one (21) day extension of Plaintiff's deadline to respond to Defendants' Motion to Dismiss Certain Defendants and Claims in Plaintiff's Complaint will have a significant effect on the schedule for the case;

THEREFORE, IT IS HEREBY STIPULATED, by and between the Parties, through their respective counsel of record, and subject to Court approval, that Plaintiff's deadline to oppose Defendants' Motion to Dismiss Certain Defendants and Claims in Plaintiff's Complaint be extended by twenty-one (21) days, up to and including August 13, 2021.

**IT IS SO STIPULATED.**

Dated: July 12, 2021

*/s/ Janet N. Chen*
Janet N. Chen, Deputy Attorney General
*Attorney for Defendants*

Dated: July 12, 2021

*/s/ Jennifer Orthwein*
Jennifer Orthwein, Medina Orthwein LLP
*Attorney for Plaintiff*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 7/19/2021

Hon. Haywood S. Gilliam, Jr.
U.S. District Court Judge