Felicia Medina (SBN 255804)
fmedina@medinaorthwein.com
Jennifer Orthwein (SBN 255196)
jorthwein@medinaorthwein.com
Shauna Madison (SBN 299585)
smadison@medinaorthwein.com
Ashley Carter (SBN 340403)
acarter@medinaorthwein.com
MEDINA ORTHWEIN LLP
230 Grand Avenue, Suite 201
Oakland, CA 94610
Telephone: (510) 823-2040
Facsimile: (510) 217-3580

**Attorneys for Plaintiff C. Jay Smith**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISON

| | |
|---|---|
| C. JAY SMITH (a/k/a CARY KEETON SMITH),<br><br>**Plaintiff,**<br><br>v.<br><br>RALPH DIAZ, et al.,<br><br>**Defendants.** | Case No. 4:20-cv-04335-HSG<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEADLINES FOR TIME TO FILE AMENDED COMPLAINT AND TIME FOR RESPONSE**<br><br>Judge:         Hon. Haywood S. Gilliam, Jr.<br>Trial Date:    Not Set<br>Action Filed: June 29, 2020 |

Under Local Rule 6-2, Plaintiff C. Jay Smith ("Plaintiff") and Defendants Diaz, Davis, Duke, Feston, Haub, Bloise, Franco, and Taylor (collectively "Defendants"), by and through their counsel, hereby submit this Joint Stipulation and Proposed Order to extend Plaintiff's deadline to file an Amended Complaint and Defendants' Deadline to file a response in the above captioned case.

WHEREAS, on March 18, 2022, the Court ordered Plaintiff to file an amended complaint within 21 days, or by April 8, 2022, to cure deficiencies with regard to Plaintiff's Eighth Amendment Claim, (ECF No.38);

WHEREAS, on March 18, 2022, the Court extended the stay for response by Defendants Duke, Franco, and Taylor by 21 days, (ECF No.38);

WHEREAS, Plaintiff is incarcerated at California Medical Facility in Vacaville, California;

WHEREAS, Plaintiff's counsel requires a meeting with Plaintiff prior to the submission of her First Amended Complaint and is not able to schedule this meeting before the current deadline of April 8, 2022;

WHEREAS, Plaintiff's counsel requires additional time to collect the information requested by the Court, including potentially talking with witnesses who are incarcerated;

WHEREAS, Plaintiff set forth all previous time modifications for this case, reasons for the requested enlargement, and the effect of the time modification, in the accompanying Declaration of Felicia M. Medina;

WHEREAS, on March 23, 2022, Defendants' counsel agreed to stipulate to extending Plaintiff's deadline by an additional 21 days to file her First Amended Complaint, extend the deadline for Defendants to file a responsive pleading to Plaintiff's First Amended Complaint by an additional 21 days, and the stay for response by Defendants Duke, Franco, and Taylor by 21-days to April 29, 2022;

THEREFORE, IT IS HEREBY STIPUTLATED, by and between the Parties through their respective counsel of record and subject to Court approval, that the dates previously set by this Court be extended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiff's Filing of an Amended Complaint | April 8, 2022 | April 29, 2022 |
| Stay of Responsive Pleading Deadline for Defendants Duke, Franco, and Taylor | April 8, 2022 | April 29, 2022 |
| Defendants' Deadline to Respond to First Amended Complaint after Screening | N/A | An additional 21 days |

//
//
//
//

JOINT STIPULATION AND ORDER TO EXTEND DEADLINES                               2
Case No. 4:20-cv-04335-HSG

|   |   |
|---|---|
|   | Respectfully Submitted, |
| Dated: March 25, 2022 | /s/ Felicia Medina<br>Felicia Medina<br>MEDINA ORTHWEIN LLP<br>*Attorney for Plaintiff* |
| Dated: March 25, 2022 | /s/ Janet Chen<br>Janet N. Chen<br>Deputy Attorney General<br>*Attorney for Defendants* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 28, 2022

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge