1  ROB BONTA
   Attorney General of California
2  PREETI K. BAJWA
   Supervising Deputy Attorney General
3  JANET N. CHEN
   Deputy Attorney General
4  State Bar No. 283233
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone: (916) 210-7319
    Fax: (916) 324-5205
7   E-mail: Janet.Chen@doj.ca.gov
   *Attorneys for Defendants*
8  *Bloise, Davis, Diaz, Duke, Feston, Franco, Haub,*
   *and Taylor*
9

10                  IN THE UNITED STATES DISTRICT COURT

11                FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13

| C. JAY SMITH, et al., | 4:20-cv-04335-HSG |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS BLOISE, FESTON, HAUB, DUKE, FRANCO, AND TAYLOR TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| v. | |
| R. DIAZ, et al., | |
| Defendants. | Judge: Hon. Haywood S. Gilliam, Jr.<br>Trial Date: None set<br>Action Filed: June 29, 2020 |

Under Local Rule 6-2, Plaintiff C. Jay Smith and Defendants Bloise, Duke, Feston, Franco, Haub, and Taylor (collectively "the Parties"), by and through their undersigned counsel stipulate and agree as follows:

On June 10, 2022, Defendants Diaz and Davis moved to dismiss claims against them in Plaintiff's First Amended Complaint. (ECF No. 43.) The parties agree to the following briefing schedule on Defendants' Diaz and Davis's motion. Plaintiff's opposition will be due on or before September 16, 2022. Defendants' reply will be due 21 days after on October 7, 2022.

1

Joint Stip. & Order to Extend Deadline Defs. File Resp. Pleading Pl.'s First. Am. Compl (4:20-cv-04335-KAW)

The remaining Defendants Bloise, Feston, Haub, Duke, Franco, and Taylor were not parties to the motion to dismiss, and seek an order staying their responsive pleading deadline until the Court rules on the pending motion to dismiss filed by Defendants Diaz and Davis.  The purpose of the requested stay is to allow all of the Defendants to serve a single Answer after the pleadings have been settled.

In view of these circumstances, the Parties believe good cause exists and so stipulate to stay the responsive pleading deadline for Defendants Bloise, Duke, Feston, Franco, Haub, and Taylor until 14 days after the Court rules on the motion to dismiss filed on behalf of the Defendants Diaz and Davis.

**IT IS SO STIPULATED.**

Dated:  June 24, 2022
/s/ Janet N. Chen
Janet N. Chen
Deputy Attorney General
*Attorney for Defendants*
*Bloise, Davis, Diaz, Duke, Feston, Franco, Haub, and Taylor*

Dated:  June 24, 2022
/s/ Jennifer Orthwein (as authorized on June 24, 2022)
Jennifer Orthwein
Medina Orthwein LLP
*Attorney for Plaintiff Smith*

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, Janet N. Chen, attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty under the laws of the United States of America that the foregoing is true and correct.  Executed on June 24, 2022, at Sacramento, California.

/s/ Janet N. Chen
Janet N. Chen

2

Joint Stip. & Order to Extend Deadline Defs. File Resp. Pleading Pl.'s First. Am. Compl (4:20-cv-04335-KAW)

# ORDER

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED THAT**:

Plaintiff's deadline to oppose Defendants Diaz and Davis's Motion to Dismiss is extended to September 16, 2022.  Defendants' reply will be due on October 7, 2022.

Defendants Bloise, Duke, Feston, Franco, Haub's deadline to file a responsive pleading is stayed until 14 days after the Court rules on the Motion to Dismiss filed on behalf of the Defendants Diaz and Davis.

Dated:  6/27/2022

_____
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

SA2021400482
36281282.docx

3

Joint Stip. & Order to Extend Deadline Defs. File Resp. Pleading Pl.'s First. Am. Compl (4:20-cv-04335-KAW)