Felicia Medina (SBN 255804)
fmedina@medinaorthwein.com
Jennifer Orthwein (SBN 255196)
jorthwein@medinaorthwein.com
Shauna Madison (SBN 299585)
smadison@medinaorthwein.com
Ashley Carter (SBN 340403)
acarter@medinaorthwein.com
MEDINA ORTHWEIN LLP
230 Grand Avenue, Suite 201
Oakland, CA 94610
Telephone: (510) 823-2040
Facsimile: (510) 217-3580

*Attorneys for Plaintiff C. Jay Smith*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISON

| | |
|---|---|
| C. JAY SMITH (a/k/a CARY KEETON SMITH),<br><br>**Plaintiff,**<br><br>v.<br><br>RALPH DIAZ; RON DAVIS; T. DUKE; R. FESTON; B. HAUB; M. BLOISE; Y. FRANCO; and M. TAYLOR,<br><br>**Defendants.** | Case No. 4:20-cv-04335-HSG<br><br>**JOINT STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PLAINTIFF TO OPPOSE DEFENDANTS' MOTION TO DISMISS & DEFENDANTS' DEADLINE TO REPLY TO PLAINTIFF'S OPPOSITION**<br><br>Judge:  Hon. Haywood S. Gilliam, Jr.<br>Trial Date:  Not Set<br>Action Filed:  June 29, 2020 |

Under Local Rule 6-2, Plaintiff C. Jay Smith and Defendants Bloise, Duke, Feston, Franco, Haub, and Taylor (collectively "the Parties"), by and through their undersigned counsel stipulate and agree as follows:

WHEREAS, on June 10, 2022, Defendants Diaz and Davis filed a Motion to Dismiss claims against them in Plaintiff's First Amended Complaint and the hearing date for the Motion is set for December 8, 2022 at 2:00 p.m. (ECF No.43);

WHEREAS, on June 24, 2022, the Parties requested, through a joint stipulation, that Plaintiff's

deadline to oppose Defendants Diaz and Davis's Motion to Dismiss be extended to September 16, 2022 and that Defendants' reply be due on October 7, 2022. The Parties also requested that Defendants Bloise, Duke, Feston, Franco, Haub and Taylor's deadline to file a responsive pleading be stayed until 14 days after the Court rules on the Motion to Dismiss filed on behalf of Defendants Diaz and Davis (ECF No.46);

WHEREAS, on June 27, 2022, the Court granted the requested time extensions and proposed briefing schedule. (ECF No. 47);

WHEREAS, on September 8, 2022, Plaintiff's counsel contacted Defendants' counsel by email and requested an extension of time to oppose Defendants' motion to dismiss. The Parties agreed to extend Plaintiff's deadline to oppose Defendants' motion to dismiss by seven (7) days and to reciprocally extend Defendants' deadline to respond to Plaintiff's opposition. Plaintiff's counsel's request was based on limited staff due to illnesses;

WHEREAS, the Parties do not believe that the seven (7) day extension of Plaintiff's deadline to oppose Defendant's Motion to Dismiss and Defendant's deadline to respond to Plaintiff's opposition will have a significant effect on the schedule for the case;

THEREFORE, IT IS HEREBY STIPULATED, by and between the Parties, through their respective counsel of record, and subject to Court approval, that Plaintiff's deadline to oppose Defendants' Motion to Dismiss be extended by seven (7) days, up to and including September 23, 2022 and Defendants' deadline to reply to Plaintiff's opposition brief be extended by seven (7) days, up to and including, October 14, 2022.

**IT IS SO STIPULATED.**

Dated:  September 9, 2022                                    */s/ Janet Chen*_____
                                                            Janet N. Chen, Deputy Attorney General
                                                            *Attorney for Defendants*

Dated:  September 9, 2022                                    */s/ Felicia Medina*_____
                                                            Felicia Medina, Medina Orthwein LLP
                                                            *Attorney for Plaintiff*

1

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3    Dated: September 12, 2022

4                                                    Hon. Haywood S. Gilliam, Jr.
                                                     U.S. District Court Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28