Felicia Medina (SBN 255804)
fmedina@medinaorthwein.com
Jennifer Orthwein (SBN 255196)
jorthwein@medinaorthwein.com
Shauna Madison (SBN 299585)
smadison@medinaorthwein.com
Ashley Carter (SBN 340403)
acarter@medinaorthwein.com
MEDINA ORTHWEIN LLP
230 Grand Avenue, Suite 201
Oakland, CA 94610
Telephone: (510) 823-2040
Facsimile: (510) 217-3580

*Attorneys for Plaintiff C. Jay Smith*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISON

| | |
|---|---|
| C. JAY SMITH (a/k/a CARY KEETON SMITH),<br><br>**Plaintiff,**<br><br>v.<br><br>RALPH DIAZ; RON DAVIS; T. DUKE; R. FESTON; B. HAUB; M. BLOISE; Y. FRANCO; and M. TAYLOR,<br><br>**Defendants.** | Case No. 4:20-cv-04335-HSG<br><br>**JOINT STIPULATION AND ORDER TO RESCHEDULE HEARING DATE ON MOTION TO DISMISS (as modified)**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Trial Date: Not Set<br>Action Filed: June 29, 2020<br><br>Hearing Date on MTD: December 8, 2022<br>                              2:00 pm |

Under Local Rule 6-2, Plaintiff C. Jay Smith ("Plaintiff") and Defendants Diaz, Davis, Duke, Feston, Haub, Bloise, Franco, and Taylor (collectively "Defendants"), by and through their respective counsel of record, hereby stipulate and jointly request as follows:

WHEREAS, on June 10, 2022, Defendants Diaz and Davis filed a Motion to Dismiss claims against them in Plaintiff's First Amended Complaint and the hearing date for the Motion is set for December 8, 2022 at 2:00 p.m. (ECF No. 43);

WHEREAS, on June 24, 2022, the Parties requested, through a joint stipulation, that Plaintiff's

1  deadline to oppose Defendants Diaz and Davis's Motion to Dismiss be extended to September 16, 2022
2  and that Defendants' reply be due on October 7, 2022.  The Parties also requested that Defendants
3  Bloise, Duke, Feston, Franco, Haub and Taylor's deadline to file a responsive pleading be stayed until
4  14 days after the Court rules on the Motion to Dismiss filed on behalf of Defendants Diaz and Davis
5  (ECF No. 46);
6      WHEREAS, on June 27, 2022, the Court granted the requested time extensions and proposed
7  briefing schedule. (ECF No. 47);
8      WHEREAS, on September 9, 2022, the Parties requested, through a joint stipulation, that
9  Plaintiff's deadline to oppose Defendants' Motion to Dismiss be extended by seven (7) days, up to and
10 including September 23, 2022 and Defendants' deadline to reply to Plaintiff's opposition brief be
11 extended by seven (7) days, up to and including, October 14, 2022 (ECF No. 48)
12     WHEREAS, on September 12, 2022, the Court granted the requested time extensions. (ECF No.
13 49);
14     WHEREAS, on November 9, 2022, Lead Attorney Felicia Medina informed Defendants that she
15 unexpectedly has to be on a leave of absence the week of December 5, 2022, including during the
16 December 8, 2022 hearing on Defendants' Motion to Dismiss.  Further, Counsel for Defendants has a
17 trial in January.
18     THEREFORE, IT IS HEREBY STIPULATED, by and between the Parties, through their
19 respective counsel of record, and subject to Court approval, that if the Court was not going to rule on the
20 papers prior to the hearing, that the December 8, 2022 hearing date be rescheduled to February 3, 2023,
21 or a date soon thereafter that is most convenient for the Court.
22     **IT IS SO STIPULATED.**

23
Dated:  November 22, 2022                    */s/ Janet N. Chen*
24                                           Janet N. Chen, Supervising Deputy Attorney
                                             General
25                                           *Attorney for Defendants*
26
27 Dated:  November 22, 2022                 */s/ Felicia Medina*
                                             Felicia Medina, Medina Orthwein LLP
28                                           *Attorney for Plaintiff*

**PURSUANT TO STIPULATION, IT IS SO ORDERED** except that the December 8, 2022 hearing date is rescheduled to February 2, 2023 at 2 p.m. in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA

Dated: 11/23/2022

*/s/ Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.
U.S. District Court Judge