UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C. JAY SMITH,

        Plaintiff,

v.

RALPH DIAZ, et al.,

        Defendants.

Case No. 20-cv-04335-HSG

**SCHEDULING ORDER**

A case management conference was held on March 7, 2023. Having considered the parties' proposals, *see* Dkt. No. 59, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline to Amend Pleadings | October 30, 2023 |
| Close of Fact Discovery | January 30, 2024 |
| Deadline to Designate Experts | February 28, 2024 |
| Rebuttal/Supplemental Expert Reports Due | March 27, 2024 |
| Close of Expert Discovery | April 24, 2024 |
| Last Day to Hear All Motions | June 27, 2024 at 2:00 p.m. |
| Pre-Trial Conference | September 19, 2024 at 3:00 p.m. |
| Jury Trial (5 days) | October 21, 2024 at 8:30 a.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: September 28, 2023

HAYWOOD S. GILLIAM, JR.
United States District Judge