1
2
3
4                     UNITED STATES DISTRICT COURT
5                    NORTHERN DISTRICT OF CALIFORNIA
6
7    C. JAY SMITH,                          Case No.  20-cv-04335-HSG
8                    Plaintiff,
                                            **AMENDED SCHEDULING ORDER**
9           v.
10   RALPH DIAZ, et al.,
11                  Defendants.
12
13       A case management conference was held on December 19, 2023.  Having considered the
14   parties' proposals, *see* Dkt. No. 83, the Court **RESETS** the following deadlines pursuant to
15   Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:
16

| Event | Deadline |
|-------|----------|
| Close of Fact Discovery | March 22, 2024 |
| Exchange of Opening Expert Reports | April 12, 2024 |
| Exchange of Rebuttal Expert Reports | April 27, 2024 |
| Close of Expert Discovery | May 12, 2024 |
| Dispositive Motion Hearing Deadline | June 27, 2024, at 2:00 p.m. |
| Pretrial Conference | September 17, 2024, at 3:00 p.m. |
| Jury Trial (5 days) | October 21, 2024, at 8:30 a.m. |

24   //
25   //
26   //
27   //
28       These dates may only be altered by order of the Court and only upon a showing of good

United States District Court
Northern District of California

cause.  The parties are directed to review and comply with this Court's standing orders.  This order

terminates Dkt. No. 83.

**IT IS SO ORDERED.**

Dated:    12/26/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge