UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. JAY SMITH,<br><br>    Plaintiff,<br><br>  v.<br><br>RALPH DIAZ, et al.,<br><br>    Defendants. | Case No. 20-cv-04335-HSG<br><br>**SECOND AMENDED SCHEDULING ORDER** |

A case management conference was held on March 12, 2024. Having considered the parties' proposals, *see* Dkt. No. 95, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | May 10, 2024 |
| Exchange of Opening Expert Reports | May 31, 2024 |
| Exchange of Rebuttal Expert Reports | June 21, 2024 |
| Close of Expert Discovery | July 12, 2024 |
| Dispositive Motion Hearing Deadline | August 22, 2024 at 2:00 p.m. |
| Pretrial Conference | November 19, 2024 at 3:00 p.m. |
| Jury Trial (5 days) | December 9, 2024 at 8:30 a.m. |

//
//
//
//
//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders. This order terminates Dkt. Nos. 91 and 95.

**IT IS SO ORDERED.**

Dated:   3/18/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge