1 | ROB BONTA, State Bar No. 202668
Attorney General of California
2 | PREETI K. BAJWA, State Bar No. 232484
Supervising Deputy Attorney General
3 | ERIC MIERSMA, State Bar No. 190819
Deputy Attorney General
4 |  600 West Broadway, Suite 1800
San Diego, CA 92101
5 |  P.O. Box 85266
San Diego, CA 92186-5266
6 |  Telephone:  (619) 738-9061
Fax:  (619) 645-2061
7 |  E-mail:  Eric.Miersma@doj.ca.gov
*Attorneys for Defendants*
8 | *Diaz, Davis, Feston, Haub, Bloise, Franco, Duke,
and Taylor*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **C. JAY SMITH, et al.,**<br><br>                                    Plaintiff,<br><br>     v.<br><br>**R. DIAZ, et al.,**<br><br>                                    Defendants. | Case No. 4:20-cv-04335-HSG<br><br>**JOINT REQUEST FOR LEAVE TO EXCEED PAGE LIMITATION FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S OPPOSITION; DECLARATION OF ERIC MIERSMA; and [PROPOSED] ORDER**<br><br>Judge:         Hon. Haywood S. Gilliam, Jr.<br>Action Filed:  June 29, 2020 |

The parties jointly move this Court under Northern District Civil Local Rule 7-11 for an extension of the twenty-five page limit, set forth in Local Rule 7-2(b), 7-3(a), and 7-4(b), by five additional pages, to thirty pages for both the Memorandum of Points and Authorities in support of Defendants' Motion for Summary Judgment and for Plaintiff's Opposition.  Defendants' Motion

1

Joint Request to Exceed Page Limit for Mtn. for Summ. Judg. and Opp. (Case No. 4:20-cv-04335-HSG)

1  for Summary Judgment must be filed by July 25, 2024.  This Motion for five additional pages is
2  based on this Motion, the supporting Declaration of Eric Miersma, and the file in this matter.
3      For all the reasons stated in the defense counsel's declaration, and given the breadth of the
4  issues covered by Defendants' summary judgment motion, Defendants respectfully request that
5  the Court extend the page limitation for both the Memorandum of Points and Authorities in
6  support of Defendants' Motion for Summary Judgment and for Plaintiff's Opposition by five
7  pages, from twenty-five to thirty pages.

8  Dated:  July 19, 2024                    Respectfully submitted,

9                                           ROB BONTA
                                            Attorney General of California
10                                          PREETI K. BAJWA
                                            Supervising Deputy Attorney General
11

12
                                            */s/ Eric Miersma*
13                                          ERIC MIERSMA
                                            Deputy Attorney General
14                                          *Attorneys for Defendants
                                            Diaz, Davis, Feston, Haub, Bloise, Franco,*
15                                          *Duke, and Taylor*

16

17

18  Dated:  July 19, 2024                   Respectfully submitted,
19

20
                                            */s/ Jennifer Orthwein*
21                                          JENNIFER ORTHWEIN
                                            ALEXANDER BROOKS
22                                          *Attorneys for Plaintiff*

23

24  SA2021400482

25

26

27

28

2

Joint Request to Exceed Page Limit for Mtn. for Summ. Judg. and Opp. (Case No. 4:20-cv-04335-HSG)

**ATTORNEY ATTESTATION**

I hereby attest, pursuant to Local Rule 5-1(i)(3), that I obtained the concurrence in the filing of this document from the signatories indicated by the conformed signature (/s/).

                                          */s/ Eric Miersma*
                                            Eric Miersma

3

Joint Request to Exceed Page Limit for Mtn. for Summ. Judg. and Opp. (Case No. 4:20-cv-04335-HSG)

**[PROPOSED] ORDER**

Pursuant to stipulation by the parties and good cause appearing, the Joint Request for Leave to Exceed Page Limitation for Defendants' Motion for Summary Judgment and Plaintiff's Opposition is GRANTED. The page limit for the Memorandum of Points and Authorities in support of Defendants' Motion for Summary Judgment and for Plaintiff's Opposition are both extended by five pages, from twenty-five to thirty pages.

IT IS SO ORDERED.

Dated: 7/19/2024

The Honorable Haywood S. Gilliam, Jr.

4

Joint Request to Exceed Page Limit for Mtn. for Summ. Judg. and Opp. (Case No. 4:20-cv-04335-HSG)