ROB BONTA
Attorney General of California
PREETI K. BAJWA
Supervising Deputy Attorney General
ERIC MIERSMA
Deputy Attorney General
State Bar No. 190819
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  P.O. Box 85266
  San Diego, CA 92186-5266
  Telephone:  (619) 738-9061
  Fax:  (619) 645-2061
  E-mail:  Eric.Miersma@doj.ca.gov
*Attorneys for Defendants*
*M. Bloise, R. Diaz, R. Feston, M. Taylor, R. Davis,*
*B. Haub, Y. Franco, and T. Duke*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **C. JAY SMITH, et al.,** | 4:20-cv-04335-HSG |
| Plaintiff, | **STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S MOTION TO EXCLUDE** |
| v. | |
| **R. DIAZ, et al.,** | |
| Defendants. | Judge: Hon. Haywood S. Gilliam, Jr.<br>Trial Date: December 9, 2024<br>Action Filed: June 29, 2020 |

1

Under Local Rules 6-2 and 7-12, and pursuant to the Court's Order (ECF 114), Plaintiff C. Jay Smith and Defendants Bloise, Duke, Feston, Franco, Haub, and Taylor (collectively "the Parties"), by and through their undersigned counsel stipulate and agree as follows:

On July 25, 2024, Plaintiffs moved to exclude Defendants' expert, (ECF 108), which set the deadline for any oppositions as August 8, 2024 and the deadline for any replies as August 15, 2024.

On July 26, 2024, Defendants moved *nunc pro tunc* (ECF 113) for an Order accepting Defendants' Motion for Summary Judgment, with supporting documents, exhibits, declarations, Manual Filing Notification, and Motion to File Document under Seal (ECF 109, 110, and 111) as timely filed by the July 25, 2024, deadline, and for an Order allowing Defendants until July 31, 2024, to submit an Amended Notice of Motion and Motion for Summary Judgment with a full Table of Contents and Table of Authorities as the only amendment, and accept it as timely filed by the July 25, 2024, deadline.

On July 26, 2024, the Court granted the Motion (ECF 114) and directed the parties to meet and confer on a reasonable extension of the opposition deadline and to file a stipulation and proposed order with their agreed-upon briefing schedule by July 29, 2024.

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

Stip. and Order re Briefing Sched. for Defs.' Mtn. for Summ. Judg. and Plnt.'s Mtn. to Exc.  (4:20-cv-04335-HSG)

The parties met and conferred on July 29, 2024, and determined a new briefing schedule as follows:  any oppositions to Plaintiff's Motion to Exclude Expert are due August 14, 2024, any oppositions to Defendants' Motion for Summary Judgment, with supporting documents, exhibits, declarations, Manual Filing Notification, and Motion to File Document under Seal (ECF 109, 110, and 111) are due August 14, 2024, and any replies in support of Defendants' Motion for Summary Judgment or Plaintiff's Motion to Exclude Expert (ECF 108) are due August 21, 2024.

**IT IS SO STIPULATED.**

Dated:  July 29, 2024                              Respectfully submitted,

                                                   ROB BONTA
                                                   Attorney General of California
                                                   PREETI K. BAJWA
                                                   Supervising Deputy Attorney General


                                                   */s/ Eric Miersma*
                                                   ERIC MIERSMA
                                                   Deputy Attorney General
                                                   *Attorneys for Defendants*
                                                   *M. Bloise, R. Diaz, R. Feston, M. Taylor, R.*
                                                   *Davis, B. Haub, Y. Franco, and T. Duke*


Dated:  July 29, 2024
                                                   Respectfully submitted,

                                                   */s/ Jennifer Orthwein*
                                                   JENNIFER ORTHWEIN

                                                   */s/ Alexander Brooks*
                                                   ALEXANDER BROOKS

                                                   *Attorneys for Plaintiff*


SA2021400482
84656646.docx

3

## <u>ATTORNEY ATTESTATION</u>

I hereby attest, pursuant to Local Rule 5-1(i)(3), that I obtained the concurrence in the filing of this document from the signatories indicated by the conformed signature (/s/).

*/s/ Eric Miersma*
Eric Miersma

4

**ORDER**

Pursuant to stipulation by the parties and good cause appearing, the Stipulation and Order regarding the Briefing Schedule for Defendants' Motion for Summary Judgment and Plaintiff's Motion to Exclude Expert is GRANTED.  Any oppositions to Plaintiff's Motion to Exclude Expert (ECF 108) and Defendants' Motion for Summary Judgment, with supporting documents, exhibits, declarations, Manual Filing Notification, and Motion to File Document under Seal (ECF 109, 110, and 111) are due August 14, 2024, and any replies are due August 21, 2024.

IT IS SO ORDERED.

Hon. Haywood S. Gilliam, Jr.

5

Rob Bonta
Attorney General of California
Preeti K. Bajwa
Supervising Deputy Attorney General
Eric Miersma
Deputy Attorney General
State Bar No. 190819
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 738-9061
 Fax: (619) 645-2061
 E-mail: Eric.Miersma@doj.ca.gov
*Attorneys for Defendants*
*M. Bloise, R. Diaz, R. Feston, M. Taylor, R. Davis,*
*B. Haub, Y. Franco, and T. Duke*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **C. JAY SMITH, et al.,**<br><br>Plaintiff,<br><br>v.<br><br>**R. DIAZ, et al.,**<br><br>Defendants. | 4:20-cv-04335-HSG<br><br>**DECLARATION OF ERIC MIERSMA IN SUPPORT OF STIPULATION AND ORDER RE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S MOTION TO EXCLUDE**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Trial Date: December 9, 2024<br>Action Filed: June 29, 2020 |

I, Eric Miersma, declare as follows:

1. I am a Deputy Attorney General in the California Department of Justice, and am counsel for Defendants in this case. I am competent to testify to the matters in this declaration, and, if called, would so testify. I submit this Declaration in Support of Stipulation and Order re Briefing Schedule for Defendants' Motion for Summary Judgment and Plaintiff's Motion to Exclude Expert.

1

2.     On July 25, 2024, Plaintiffs moved to exclude Defendants' expert, (ECF 108), which set the deadline for any oppositions as August 8, 2024 and the deadline for any replies as August 15, 2024.

3.     On July 26, 2024, Defendants moved *nunc pro tunc* (ECF 113) for an Order accepting Defendants' Motion for Summary Judgment, with supporting documents, exhibits, declarations, Manual Filing Notification, and Motion to File Document under Seal (ECF 109, 110, and 111) as timely filed by the July 25, 2024, deadline, and for an Order allowing Defendants until July 31, 2024, to submit an Amended Notice of Motion and Motion for Summary Judgment with a full Table of Contents and Table of Authorities as the only amendment, and accept it as timely filed by the July 25, 2024, deadline.

4.     On July 26, 2024, the Court granted the Motion (ECF 114) and directed the parties to meet and confer on a reasonable extension of the opposition deadline and to file a stipulation and proposed order with their agreed-upon briefing schedule by July 29, 2024.

5.     The parties met and conferred on July 29, 2024, and determined a new briefing schedule as follows:  any oppositions to Plaintiff's Motion to Exclude Expert are due August 14, 2024, any oppositions to Defendants' Motion for Summary Judgment, with supporting documents, exhibits, declarations, Manual Filing Notification, and Motion to File Document under Seal (ECF 109, 110, and 111) are due August 14, 2024, and any replies in support of Defendants' Motion for Summary Judgment or Plaintiff's Motion to Exclude Expert (ECF 108) are due August 21, 2024.

I declare under penalty of perjury that this declaration is true and correct to the best of my knowledge.  Executed July 29, 2024, in San Diego, California.

*/s/   Eric Miersma*

Eric Miersma

SA2021400482
84657014.docx

2

Decl. of Miersma  (4:20-cv-04335-HSG)

ROB BONTA
Attorney General of California
PREETI K. BAJWA
Supervising Deputy Attorney General
ERIC MIERSMA
Deputy Attorney General
State Bar No. 190819
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  P.O. Box 85266
  San Diego, CA 92186-5266
  Telephone:  (619) 738-9061
  Fax:  (619) 645-2061
  E-mail:  Eric.Miersma@doj.ca.gov
*Attorneys for Defendants
M. Bloise, R. Diaz, R. Feston, M. Taylor, R. Davis,
B. Haub, Y. Franco, and T. Duke*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **C. JAY SMITH, et al.,**<br><br>Plaintiff,<br><br>v.<br><br>**R. DIAZ, et al.,**<br><br>Defendants. | 4:20-cv-04335-HSG<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:          Hon. Haywood S. Gilliam, Jr.<br>Trial Date:     December 9, 2024<br>Action Filed:  June 29, 2020 |

1

# CERTIFICATE OF SERVICE

Case Name: **C. Jay Smith (aka Cary Keeton Smith) (P13926) v. Diaz, et al.**         No.    **4:20-cv-04335-HSG**

I hereby certify that on <u>July 29, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S MOTION TO EXCLUDE**

2. **DECLARATION OF ERIC MIERSMA IN SUPPORT OF STIPULATION AND ORDER RE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S MOTION TO EXCLUDE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>July 29, 2024</u>, at Los Angeles, California.

| J. Sissov | /s/ J. Sissov |
|:---:|:---:|
| Declarant | Signature |

SA2021400482
66970144.docx