Jennifer Orthwein (SBN 255196)
Telephone (510) 210-0889
Email: jen@orthweinlaw.com
Alexander Brooks (SBN 340178)
Telephone: (510) 679-2135
Email: albrookslaw@gmail.com
ORTHWEIN LAW, PC
2323 Broadway Ave
Oakland, CA 94612

*Attorneys for Plaintiff C. Jay Smith*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| **C. JAY SMITH, et al.,**<br><br>Plaintiff,<br><br>v.<br><br>**R. DIAZ, et al.,**<br><br>Defendants. | 4:20-cv-04335-HSG<br><br>**JOINT REQUEST FOR LEAVE TO EXCEED PAGE LIMITATION FOR PLAINTIFF'S OPPOSITION TO SUMMARY JUDGMENT; ORDER**<br><br>Judge: The Honorable Haywood S. Gilliam, Jr.<br>Trial Date: December 9, 2024<br>Action Filed: June 29, 2020 |

**TO THE COURT, DEFENDANTS R. DIAZ, R. DAVIS, R. FESTON, B. HAUB, M. BLOISE, Y, FRANCO, T. DUKE, AND M. TAYLOR AND DEFENDANTS' COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff moves this Court under Northern District Civil Local Rule 7-11 for an extension of the page limit, set forth in the Court's Order at Docket No. 107, by five additional pages, to thirty-five pages for Plaintiff's Opposition to Defendants' Motion for Summary Judgment.  Plaintiff's Opposition to Defendants' Motion for Summary Judgment must be filed by August 14, 2024.  This Motion for five additional pages is based on this Motion, the supporting Declaration of Jennifer Orthwein, and the file in this matter.

For all the reasons stated in the Plaintiff's declaration, and given the breadth of the issues covered by Plaintiff's opposition to Defendants' summary judgment, Plaintiff respectfully requests that the

Court extend the page limitation on Plaintiff's motion for summary judgment by five pages, from thirty to thirty-five pages.

Dated:  August 6, 2024                    Orthwein Law, PC

                                          By:   */s/ Jennifer Orthwein*
                                                Jennifer Orthwein
                                                Attorneys for Plaintiff C. Jay Smith

Dated:  August 6, 2024                    CALIFORNIA ATTORNEY GENERAL'S OFFICE

                                          By:   */s/ Preeti Bajwa*
                                                Preeti Bajwa, Deputy Attorney General
                                                Attorneys for Defendants

Joint Request for Leave to Exceed Page Limit
 Case No. 4:20-cv-04335-HSG

1

**ATTESTATION**

2        I hereby attest that all other signatories listed, whose signatures are indicated by a

3    conformed signature ("/s/"), and on whose behalf this filing is submitted, concur in the filing's

4    content and have authorized the filing.

5

6    Dated: August 6, 2024                    Orthwein Law P.C.

7

8                                             By:   */s/ Jennifer Orthwein*
                                                    Jennifer Orthwein
9                                                   Attorney for Defendants

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Request for Leave to Exceed Page Limit
Case No. 4:20-cv-04335-HSG

1

**ORDER**

2          Pursuant to stipulation by the parties and good cause appearing, the Joint Request for Leave

3   to Exceed Page Limitation for Plaintiff's Opposition to Defendants' Motion for Summary

4   Judgment is GRANTED. The page limit for the Memorandum of Points and Authorities in

5   Opposition to Defendants' Motion for Summary Judgment and is extended by five pages, from

6   thirty to thirty-five pages

7          It is so ordered.

8   DATED:  8/7/2024

9                                        The Honorable Haywood S. Gilliam, Jr.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

Joint Request for Leave to Exceed Page Limit
Case No. 4:20-cv-04335-HSG