| | |
|---|---|
| 1 | ROB BONTA<br>Attorney General of California |
| 2 | PREETI K. BAJWA<br>Supervising Deputy Attorney General |
| 3 | ERIC MIERSMA<br>Deputy Attorney General |
| 4 | State Bar No. 190819<br>  600 West Broadway, Suite 1800 |
| 5 |   San Diego, CA 92101<br>  P.O. Box 85266 |
| 6 |   San Diego, CA 92186-5266<br>  Telephone: (619) 738-9061 |
| 7 |   Fax: (619) 645-2061<br>  E-mail: Eric.Miersma@doj.ca.gov |
| 8 | *Attorneys for Defendants*<br>*M. Bloise, R. Diaz, R. Feston, M. Taylor, R. Davis,* |
| 9 | *B. Haub, Y. Franco, and T. Duke* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **C. JAY SMITH, et al.,**<br><br>Plaintiff,<br><br>v.<br><br>**R. DIAZ, et al.,**<br><br>Defendants. | 4:20-cv-04335-HSG<br><br>**ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO RESPOND TO COURT ORDER ECF NO. 139; DECLARATION OF ERIC MIERSMA; and [PROPOSED] ORDER**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Trial Date: February 24, 2025<br>Action Filed: June 29, 2020 |

Defendants respectfully submit this Administrative Motion for Extension of Time to Respond to Court Order ECF No. 139, and Order regarding same. This Administrative Motion is based on the following:

WHEREAS, on March 28, 2025, the Court issued its Order Denying Motions to Seal (ECF No. 139).

WHEREAS, the Court's Order requires the parties to meet and confer and file public versions and revised redactions of the documents at issue, or file new motions to seal. The

1

1  Court's Order requires the parties to comply within seven days of its Order, which is April 4,
2  2025.
3        WHEREAS, lead counsel for the Defendants, Deputy Attorney General Eric Miersma and
4  the Supervising Deputy Attorney General Preeti Bajwa, are both on vacation the week of March
5  31, 2025.
6        WHEREAS, there are no other handling attorneys for Defendants sufficiently familiar with
7  this matter to respond to the Court's Order by April 4, 2025.
8        WHEREAS, Defendants' counsel attempted to contact Plaintiff's counsel to obtain a
9  stipulation to an extension of time to respond to the Court's Order but was unable to reach them
10 on short notice.
11       THEREFORE, IT IS HEREBY REQUESTED, that the Court extend the deadline for
12 Defendants and Plaintiff to respond to the Court's Order (ECF No. 139) to April 18, 2025.
13 Dated:  March 28, 2025                    Respectfully submitted,
14                                           ROB BONTA
                                             Attorney General of California
15                                           PREETI K. BAJWA
                                             Supervising Deputy Attorney General
16
17
                                             */s/ Eric Miersma*
18                                           ERIC MIERSMA
                                             Deputy Attorney General
19                                           *Attorneys for Defendants*
20 SA2021400482
   85043709.docx
21

# CERTIFICATE OF SERVICE

Case Name:   **C. Jay Smith (aka Cary Keeton Smith) (P13926) v. Diaz, et al.**   No.   **4:20-cv-04335-HSG**

I hereby certify that on <u>March 28, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO RESPOND TO COURT ORDER ECF NO. 139; DECLARATION OF ERIC MIERSMA; DECLARATION OF ERIC MIERSMA IN SUPPORT OF ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO RESPOND TO COURT ORDER ECF NO. 139 and [PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>March 28, 2025</u>, at San Diego, California.

|  |  |
|---|---|
| S. Garcia<br>Declarant | *S. Garcia*<br>Signature |

SA2021400482
85044071.docx

ROB BONTA
Attorney General of California
PREETI K. BAJWA
Supervising Deputy Attorney General
ERIC MIERSMA
Deputy Attorney General
State Bar No. 190819
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  P.O. Box 85266
  San Diego, CA 92186-5266
  Telephone: (619) 738-9061
  Fax: (619) 645-2061
  E-mail: Eric.Miersma@doj.ca.gov
*Attorneys for Defendants
M. Bloise, R. Diaz, R. Feston, M. Taylor, R. Davis,
B. Haub, Y. Franco, and T. Duke*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **C. JAY SMITH, et al.,**<br><br>                    Plaintiff,<br><br>     v.<br><br>**R. DIAZ, et al.,**<br><br>                    Defendants. | 4:20-cv-04335-HSG<br><br>**DECLARATION OF ERIC MIERSMA IN SUPPORT OF ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO RESPOND TO COURT ORDER ECF NO. 139**<br><br>Judge:         Hon. Haywood S. Gilliam, Jr.<br>Trial Date:   February 24, 2025<br>Action Filed: June 29, 2020 |

I, Eric Miersma, declare as follows:

1. I am a Deputy Attorney General in the California Department of Justice and am counsel for Defendants in this case. I am competent to testify to the matters in this Declaration, and, if called, would so testify. I submit this Declaration in support of the Administrative Motion for Extension of Time to Respond to Court Order ECF No. 139.

2. On March 28, 2025, the Court issued its Order Denying Motions to Seal (ECF No. 139).

3. The Court's Order requires the parties to meet and confer and file public versions and revised redactions of the documents at issue, or file new motions to seal. The Court's Order requires the parties to comply within seven days of its Order, which is April 4, 2025.

4. Lead counsel for the Defendants, Deputy Attorney General Eric Miersma and the Supervising Deputy Attorney General Preeti Bajwa, are both on vacation the week of March 31, 2025.

5. There are no other handling attorneys for Defendants sufficiently familiar with this matter to respond to the Court's Order by April 4, 2025.

6. I attempted to contact Plaintiff's counsel to obtain a stipulation to an extension of time to respond to the Court's Order but was unable to reach them on short notice.

I declare under penalty of perjury that this declaration is true and correct to the best of my knowledge. Executed March 28, 2025, in San Diego, California.

*/s/ Eric Miersma*

Eric Miersma

SA2021400482
85043761.docx

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **C. JAY SMITH, et al.,**<br><br>                                          Plaintiff,<br><br>        v.<br><br>**R. DIAZ, et al.,**<br><br>                                          Defendants. | Case No. 4:20-cv-04335-HSG<br><br>**ORDER RE: ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO RESPOND TO COURT ORDER ECF NO. 139** |

    Having read and considered Defendants' Administrative Motion for an Extension of Time to Respond to Court Order ECF No. 139, Good Cause appearing, the Court grants Defendants' request and continues the date for the parties to respond to its Order (ECF No. 139) to April 18, 2025.

    It is so ordered.

Dated:  3/31/2025

                                                            The Honorable Haywood S. Gilliam, Jr.