UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C. JAY SMITH,

        Plaintiff,

v.

RALPH DIAZ, et al.,

        Defendants.

Case No. 20-cv-04335-HSG

**ORDER SETTING EVIDENTIARY HEARING AND PRE-HEARING CASE MANAGEMENT CONFERENCE**

Having reviewed the parties' joint statement, Dkt. No. 151, the Court **SETS** an evidentiary hearing, pursuant to *Albino v. Baca*, 747 F.3d 1162, 1170–71 (9th Cir. 2014) (en banc), on the narrow issue of whether Plaintiff has exhausted her administrative remedies as required under the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). The evidentiary hearing will be held in person at 9:00 a.m. on June 30, 2025, through July 2, 2025, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA.

To ensure the efficient presentation of evidence, the Court further **SETS** an in-person case management conference at 3:00 p.m. on June 3, 2025, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA. The parties should be prepared to address the scope of their proposed witness lists and any other logistics for the evidentiary hearing, including whether any witnesses will request to testify remotely.

**IT IS SO ORDERED.**

Dated: 5/13/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge