UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| C. JAY SMITH (a/k/a CARY KEETON SMITH),<br><br>**Plaintiff,**<br><br>v.<br><br>RALPH DIAZ; RON DAVIS; T. DUKE; R. FESTON; B. HAUB; M. BLOISE; Y. FRANCO; and M. TAYLOR,<br><br>**Defendants.** | Case No. 4:20-cv-04335-HSG<br><br>**ORDER TO ISSUE WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR PLAINTIFF SMITH**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Trial Date: Not Set<br>Action Filed: June 29, 2020<br>Hearing Dates: June 30 and July 1, 2025<br>Hearing Time: 8:30am |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of C JAY SMITH (AKA CARY KEATON SMITH), CDCR NO. P13926, presently in custody at California Medical Facility, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

**IT IS SO ORDERED.**

Dated: 6/9/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| C. JAY SMITH (a/k/a CARY KEETON SMITH),<br><br>**Plaintiff,**<br><br>v.<br><br>RALPH DIAZ; RON DAVIS; T. DUKE; R. FESTON; B. HAUB; M. BLOISE; Y. FRANCO; and M. TAYLOR,<br><br>**Defendants.** | Case No. 4:20-cv-04335-HSG<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Trial Date: Not Set<br>Action Filed: June 29, 2020<br>Hearing Dates: June 30 and July 1, 2025<br>Hearing Time: 8:30am |

To: Sircoya M. Williams, Warden, California Medical Facility

GREETINGS

WE COMMAND that on **June 30, 2025** and **July 1, 2025**, you have and produce the body of Cary (a/k/a C. Jay) Keeton Smith (P13926) in your custody in the above-referenced institution, before the United States District Court in and before the Northern District of California, in the Courtroom of Haywood S. Gilliam, Jr, Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA., so Cary (a/k/a C. Jay) Keeton Smith may then and there appear for a hearing in the above-captioned case at 8:30am on June 30, 2025 and 8:30am on July 1, 2025 for the duration of the hearing each day.

Dated: 6/9/2025

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK