UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| C. JAY SMITH (a/k/a CARY KEETON SMITH),<br><br>**Plaintiff,**<br><br>v.<br><br>RALPH DIAZ; RON DAVIS; T. DUKE; R. FESTON; B. HAUB; M. BLOISE; Y. FRANCO; and M. TAYLOR,<br><br>**Defendants.** | Case No. 4:20-cv-04335-HSG<br><br>**ORDER TO ISSUE WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR LADY JAE**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Trial Date: Not Set<br>Action Filed: June 29, 2020<br>Hearing Dates: June 30 and July 1, 2025<br>Hearing Time: 8:30am |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of Jarvis (a/k/a Lady Jae) J. Clark (E49365), presently in custody Richard J. Donavan Correctional Facility, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

**IT IS SO ORDERED.**

Dated: 6/9/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| C. JAY SMITH (a/k/a CARY KEETON SMITH), <br><br>**Plaintiff,**<br><br>v.<br><br>RALPH DIAZ; RON DAVIS; T. DUKE; R. FESTON; B. HAUB; M. BLOISE; Y. FRANCO; and M. TAYLOR,<br><br>**Defendants.** | Case No. 4:20-cv-04335-HSG<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Trial Date: Not Set<br>Action Filed: June 29, 2020<br>Hearing Dates: June 30 and July 1, 2025<br>Hearing Time: 8:30am |

To: James Hill, Warden, Richard J. Donavan Correctional Facility

GREETINGS

WE COMMAND that on **June 30, 2025** and **July 1, 2025**, you have and produce Jarvis (a/k/a Lady Jae) J. Clark (E49365) in your custody in the above-referenced institution via remote video-conference, before the United States District Court in and before the Northern District of California, in the Courtroom of Haywood S. Gilliam, Jr, Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA., so Jarvis (a/k/a Lady Jae) J. Clark (E49365) may then and there appear remotely for a hearing in the above-captioned case which will proceed from 8:30am on June 30, 2025 and July 1, 2025 for the duration of the hearing each day.

Dated: 6/9/2025

CLERK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

_____

DEPUTY CLERK