UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| C. JAY SMITH (a/k/a CARY KEETON SMITH),<br><br>**Plaintiff,**<br><br>v.<br><br>RALPH DIAZ; RON DAVIS; T. DUKE; R. FESTON; B. HAUB; M. BLOISE; Y. FRANCO; and M. TAYLOR,<br><br>**Defendants.** | Case No. 4:20-cv-04335-HSG<br><br>**AMENDED WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Trial Date: Not Set<br>Action Filed: June 29, 2020<br>Hearing Dates: June 30 and July 1, 2025<br>Hearing Time: 8:30am |

To: Warden, Rafael Acevedo, Richard J. Donavan Correctional Facility

GREETINGS

WE COMMAND that on **June 30, 2025** and **July 1, 2025**, you have and produce Jarvis (a/k/a Lady Jae) J. Clark (E49365) in your custody in the above-referenced institution via remote video-conference, before the United States District Court in and before the Northern District of California, in the Courtroom of Haywood S. Gilliam, Jr, Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA., so Jarvis (a/k/a Lady Jae) J. Clark (E49365) may then and there appear remotely for a hearing in the above-captioned case which will proceed from 8:30am on June 30, 2025 and July 1, 2025 for the duration of the hearing each day.

Dated: 6/11/2025

CLERK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK