Rob Bonta
Attorney General of California
Preeti K. Bajwa
Supervising Deputy Attorney General
Eric Miersma
Deputy Attorney General
State Bar No. 190819
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 Telephone: (619) 738-9061
 Fax: (916) 732-7920
 E-mail: Eric.Miersma@doj.ca.gov
*Attorneys for Defendants*
*M. Bloise, R. Diaz, R. Feston, M. Taylor, R. Davis,*
*Y. Franco, and T. Duke*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| C. JAY SMITH, et al.,<br><br>                                        Plaintiff,<br><br>       v.<br><br>R. DIAZ, et al.,<br><br>                                        Defendants. | 4:20-cv-04335-HSG<br><br>**STIPULATION AND REQUEST BY BOTH PARTIES TO VACATE *ALBINO* EVIDENTIARY HEARING AND RELATED DATES AND SET TRIAL SETTING CONFERENCE; ORDER (as modified)**<br><br>Judge:    Hon. Haywood S. Gilliam, Jr.<br>Trial Date: None Set<br>Action Filed: June 29, 2020 |

The parties respectfully submit this Stipulation and Request by both Parties to Vacate the *Albino* Evidentiary Hearing and Related Dates and Set Trial Setting Conference, and Order regarding same. This Stipulation and Request is based on the following:

WHEREAS, an *Albino* evidentiary hearing is scheduled before this Court for June 30, 2025, and July 1, 2025.

WHEREAS, the United States Supreme Court issued an opinion on June 18, 2025, in the case *Perttu v. Richards*, No. 23-1324, 605 U.S. _____ (2025), 2025 U.S. LEXIS 2380, that directly affects factual and legal issues that were to be determined in the evidentiary hearing.

1

WHEREAS, the Court has ordered the parties to submit briefing on whether the question of exhaustion in this case is intertwined with the merits of Plaintiff's claims such that a jury trial is required under *Perttu v. Richards*, No. 23-1324, and the evidentiary hearing should be vacated (ECF No. 170).

WHEREAS, the parties agree that the factual issues regarding exhaustion are intertwined with the factual issues regarding the merits of Plaintiff's claims.

WHEREAS, the parties agree that all pending factual issues to be decided at the evidentiary hearing should be included in a jury trial in this matter.

WHEREAS, the parties agree that the evidentiary hearing and all related dates should be vacated, and a Trial Setting Conference should be set by the Court.

THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED, by and between the parties, through their respective counsel of record, and subject to Court approval, that the June 30, 2025, and July 1, 2025, evidentiary hearing and all related dates be vacated, that all pending issues to be heard at the evidentiary hearing be included in a jury trial in this matter, and that the Court should set a Trial Setting Conference.

IT IS SO STIPULATED.

Dated: December 9, 2024                     Orthwein Law, PC

                                            By:  */s/Jennifer Orthwein*
                                                 Jennifer Orthwein
                                                 Attorneys for Plaintiff C. Jay Smith


Dated: December 9, 2024                     CALIFORNIA ATTORNEY GENERAL'S OFFICE

                                            By:  */s/Eric Miersma*
                                                 Eric Miersma, Deputy Attorney General
                                                 Attorneys for Defendants

SA2021400482
85204279.docx

## ATTESTATION

I hereby attest that all other signatories listed, whose signatures are indicated by a conformed signature ("/s/"), and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  June 20, 2025                    CALIFORNIA ATTORNEY GENERAL'S OFFICE

                                         By:   */s/Eric Miersma*
                                               Eric Miersma, Deputy Attorney General
                                               Attorneys for Defendants

**ORDER**

Having read and considered the Stipulation, Good Cause appearing, the Court grants the parties' request and vacates the June 30, 2025, and July 1, 2025, evidentiary hearing and all related dates, directs that all pending issues to be heard at the evidentiary hearing be included in a jury trial in this matter.  A Case Management Conference via a Zoom webinar is set for July 1, 2025 before Judge Haywood S. Gilliam, Jr., at 2:00 p.m.  No case management statement is due. All attorneys and pro se litigants appearing for the case management conference are required to join at least 15 minutes before the hearing to check-in with the CRD. The Zoom information is: https://canduscourts.zoomgov.com/j/1607976056?pwd=aW5IeE14UkJRbkdPTGJFWFUrRG1Cdz09 Webinar ID: 160 797 6056/Passcode: 129759.

   It is so ordered.

DATED:  6/24/2025

_____
The Honorable Haywood S. Gilliam, Jr.