Rob Bonta
Attorney General of California
Preeti K. Bajwa
Supervising Deputy Attorney General
Eric Miersma
Deputy Attorney General
State Bar No. 190819
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  Telephone: (619) 738-9061
  Fax: (916) 732-7920
  E-mail: Eric.Miersma@doj.ca.gov
*Attorneys for Defendants*
*M. Bloise, J. Macomber, R. Feston, M. Taylor, C. Andes, Y. Franco, and T. Duke*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **C. JAY SMITH, et al.,**<br><br>Plaintiff,<br><br>v.<br><br>**R. DIAZ, et al.,**<br><br>Defendants. | 4:20-cv-04335-HSG<br><br>**STIPULATION AND ORDER TO VACATE TRIAL AND RELATED DATES**<br><br>Judge:    Hon. Haywood S. Gilliam, Jr.<br>Trial Date:  December 1, 2025<br>Action Filed: June 29, 2020 |

**NOTICE OF SETTLEMENT**

**PLEASE TAKE NOTICE** that Plaintiff C. Jay Smith and Defendants M. Bloise, J. Macomber, R. Feston, M. Taylor, C. Andes, Y. Franco, and T. Duke have reached a settlement in this case and are in the process of executing all necessary documents to finalize the settlement and dismiss the case.

**STIPULATION TO VACATE TRIAL AND RELATED DATES**

The parties respectfully submit this Stipulation and Order to Vacate Trial and Related Dates. This Stipulation is based on the following:

1

1     WHEREAS, on September 22, 2025, the parties participated in a Settlement Conference

2 before Magistrate Judge Robert M. Illman.

3     WHEREAS, the parties reached a settlement of all claims and issues and placed the primary

4 terms of the settlement on the record before Judge Illman.

5     WHEREAS, the parties are in the process of executing all necessary documents to finalize

6 the settlement and dismiss the case.

7     WHEREAS, the parties agreed that the trial date and all other related dates should be

8 vacated.

9     WHEREAS, the Court requested the parties file the instant Notice of Settlement and

10 Stipulation to Vacate Trial and Related Dates.

11     THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, through their

12 respective counsel of record, that the December 1, 2025, trial date and all other pretrial dates be

13 vacated and an Order to Show Cause re Dismissal be set for forty-five days from the date of the

14 settlement.

15     IT IS SO STIPULATED.

16

17 Dated: September 25, 2025                    Orthwein Law, PC

18
                                                         By:   */s/ Jennifer Orthwein*

19                                                                    Jennifer Orthwein

20                                                                    Attorneys for Plaintiff C. Jay Smith

21

22 Dated: September 25, 2025                    CALIFORNIA ATTORNEY GENERAL'S OFFICE

23
                                                         By:   */s/ Eric Miersma*

24                                                                  Eric Miersma, Deputy Attorney General

25                                                                  Attorneys for Defendants

26

27

28

2

Stip. And Order to Vacate Trial and Related Dates (4:20-cv-04335-HSG)

**ATTESTATION**

I hereby attest that all other signatories listed, whose signatures are indicated by a conformed signature ("/s/"), and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  September 25, 2025                              CALIFORNIA ATTORNEY GENERAL'S OFFICE

                                                By:   */s/ Eric Miersma*
                                                      Eric Miersma, Deputy Attorney General
                                                      Attorneys for Defendants

SA2021400482
85363346.docx

3

Stip. And Order to Vacate Trial and Related Dates (4:20-cv-04335-HSG)

**ORDER**

Having read and considered the Stipulation, Good Cause appearing, the Court grants the parties' request and vacates the December 1, 2025, trial date and all other pretrial dates, and will set an Order to Show Cause re dismissal for forty-five days after the date of settlement.

It is so ordered.

DATED: 9/25/2025

The Honorable Haywood S. Gilliam, Jr.

4

Stip. And Order to Vacate Trial and Related Dates (4:20-cv-04335-HSG)