Rob Bonta
Attorney General of California
Preeti K. Bajwa
Supervising Deputy Attorney General
Eric Miersma
Deputy Attorney General
State Bar No. 190819
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 Telephone: (619) 738-9061
 Fax: (916) 732-7920
 E-mail: Eric.Miersma@doj.ca.gov
*Attorneys for Defendants*
*M. Bloise, J. Macomber, R. Feston, M. Taylor, C. Andes, Y. Franco, and T. Duke*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| C. JAY SMITH, et al., <br><br> Plaintiff, <br><br> v. <br><br> R. DIAZ, et al., <br><br> Defendants. | 4:20-cv-04335-HSG <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE STIPULATION FOR DISMISSAL; ORDER** <br> Judge:     Hon. Haywood S. Gilliam, Jr. <br> Trial Date:  None Set <br> Action Filed: June 29, 2020 |

The parties respectfully submit this Stipulation and Order for Extension of Time to File Stipulation for Dismissal. This Stipulation is based on the following:

WHEREAS, on September 22, 2025, the parties participated in a Settlement Conference before Magistrate Judge Robert M. Illman.

WHEREAS, the parties reached a settlement of all claims and issues and placed the primary terms of the settlement on the record before Judge Illman.

WHEREAS, the parties are in the process of executing all necessary documents to finalize the settlement and dismiss the case.

1

WHEREAS, on September 25, 2025, the Court granted the parties' request to vacate the trial date and all other pretrial dates (ECF No. 186).

WHEREAS, the Court will set an Order to Show Cause re Dismissal for forty-five days after the date of settlement, or November 6, 2025 (ECF No. 186).

WHEREAS, the parties request an additional thirty days to finalize the settlement documents and file a Stipulation for Dismissal.

THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the Order to Show Cause re Dismissal be continued for thirty days to on or about December 8, 2025.

IT IS SO STIPULATED.

Dated: November 4, 2025                                    Orthwein Law, PC

By:   */s/ Jennifer Orthwein*
Jennifer Orthwein
Attorneys for Plaintiff C. Jay Smith

Dated: November 4, 2025                                    CALIFORNIA ATTORNEY GENERAL'S OFFICE

By:   */s/ Eric Miersma*
Eric Miersma, Deputy Attorney General
Attorneys for Defendants

2

Stip. And Order for Extension of Time to file Stipulation for Dismissal (4:20-cv-04335-HSG)

# ATTESTATION

I hereby attest that all other signatories listed, whose signatures are indicated by a conformed signature ("/s/"), and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 4, 2025                CALIFORNIA ATTORNEY GENERAL'S OFFICE

                                       By:   */s/ Eric Miersma*
                                             Eric Miersma, Deputy Attorney General
                                             Attorneys for Defendants

SA2021400482
85357608

3

Stip. And Order for Extension of Time to file Stipulation for Dismissal (4:20-cv-04335-HSG)

**ORDER**

Having read and considered the Stipulation, Good Cause appearing, the Court grants the parties' request and continues the Order to Show Cause re Dismissal for thirty days to December 8, 2025.

It is so ordered.

DATED: 11/4/2025

_____
The Honorable Haywood S. Gilliam, Jr.

SA2021400482
85426386